

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 9, 2025

**BY ECF**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *United States v. Tracel Hill*, 25 Cr. 402 (PAE)

Dear Judge Engelmayer:

      The Government writes in advance of the arraignment and initial pretrial conference in the above-captioned case, currently scheduled for Thursday, September 11, 2025, at 11:00 a.m. The Government respectfully requests that time be excluded from today through September 11, 2025, pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), to allow the Government time to prepare discovery and to engage in discussions regarding a potential pretrial resolution of this matter. The Government respectfully submits that the proposed exclusion would be in the interests of justice. The Government has conferred with defense counsel, who has no objection to this request.

      Respectfully submitted,

      JAY CLAYTON
      United States Attorney

By:    /s/
      Nicholas Pavlis
      Assistant United States Attorney
      (212) 637-1068

**GRANTED.** Time is excluded until September 11, 2025, for the reasons stated. The Clerk of Court is requested to terminate the motion at Dkt. No. 8.

9/10/2025

SO ORDERED.

      PAUL A. ENGELMAYER
      United States District Judge