

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

December 15, 2025

**BY ECF**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

   **Re:**  *United States v. Tracel Hill*, **25 Cr. 402 (PAE)**

Dear Judge Engelmayer:

   As discussed in open court today, the parties respectfully propose the following modifications to the defendant's conditions of pretrial release (*see* Dkt. 5):

1. Curfew, with the daily timeframe and location monitoring technology to be determined by Pretrial Services; and

2. Mental health evaluation and treatment as directed by Pretrial Services.

       Respectfully submitted,

       JAY CLAYTON
       United States Attorney

   By:    /s/
       Nicholas D. Pavlis
       Assistant United States Attorney
       (212) 637-1068

Cc:  Neil P. Kelly, Esq. (by ECF)
   Pretrial Officer Jazzlyn Harris (by email)    **GRANTED.**

               12/15/2025

      SO ORDERED.

           PAUL A. ENGELMAYER
           United States District Judge