UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-

                      25-CR-402 (PAE)

TRACEL HILL,
                           SCHEDULING ORDER

               Defendant.

------------------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

    The Court has been advised that the defendant may want to enter a change of plea.

Accordingly, the parties shall appear for a conference with the Court on **January 22, 2026** at

**3:30 p.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Centre Street, New

York, New York.

    In accordance with Section 5(B) of the Court's Individual Rules and Practices for

Criminal Cases, defense counsel should, in advance of the proceeding, review with the defendant

any *Pimentel* letter or plea agreement. Additionally, the defendant should be prepared to give

narrative allocutions that incorporate all of the elements of the offense(s) to which the defendant

is pleading guilty. In the interest of clarity and efficiency, the Court encourages counsel to assist

the defendant in writing an allocution that can be read in open court during the plea proceeding.

    SO ORDERED.

Dated: January 20, 2026
       New York, New York

                               _____
                                 PAUL A. ENGELMAYER
                                 United States District Judge