UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                      :

UNITED STATES OF AMERICA,           :

           -v-                  :          25-CR-402 (PAE)

TRACEL HILL,                  :             ORDER

                Defendant.      :

------------------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

      IT IS HEREBY ORDERED that the defendant is remanded to the custody of the United

States Marshals.

      SO ORDERED.

Dated: January 22, 2026
      New York, New York                    PAUL A. ENGELMAYER
                                         United States District Judge